IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| APRIL MCBRIDE et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHILDREN'S HOSP. of PA. et al., | : | No. 14-2301 |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 3rd day of June, 2015, upon consideration of Defendants' Motion for Summary Judgment (Docket No. 17), Plaintiffs' Opposition (Docket Nos. 22-45), and Defendants' Reply (Docket No. 48), and following oral argument on May 22, 2015, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment (Docket No. 17) is **GRANTED**. Judgment is entered in favor of Defendants. The Clerk of Court shall mark this case as **CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge